No. 817. RUCKER *v.* RAGEN, WARDEN;
No. 828. WILLIAMS *v.* RAGEN, WARDEN; and
No. 830. NITTI *v.* RAGEN, WARDEN.   January 13, 1947.
Petitions for writs of certiorari to the Criminal Court of
Cook County, Illinois, denied.

No. 435.   DICKHEISER ET AL. *v.* PENNSYLVANIA RAIL-
ROAD CO. ET AL.   January 20, 1947.   Petition for writ of
certiorari to the Circuit Court of Appeals for the Third
Circuit denied.   *Archibald Palmer* for petitioners.   *John
Dickinson* and *John B. Prizer* for respondents.

No. 595.   PERRINE ET AL. *v.* PENNROAD CORPORATION
ET AL.   January 20, 1947.   Petition for writ of certiorari
to the Supreme Court of Delaware denied.   *Joseph B.
Keenan, Leo Brady* and *Robert T. Murphy* for petitioners.
*Gordon A. Block* for the Pennroad Corporation, respond-
ent.

No. 603.   FELDMAN *v.* PENNROAD CORPORATION.   Janu-
ary 20, 1947.   Petition for writ of certiorari to the Circuit
Court of Appeals for the Third Circuit denied.   *Leo
Brady* and *Mortimer S. Gordon* for petitioner.   *Gordon
A. Block* for respondent.

No. 662.   LEE *v.* ALABAMA.   January 20, 1947.   Peti-
tion for writ of certiorari to the Supreme Court of Alabama
denied.   *Samuel M. Johnston* for petitioner.   *William N.
McQueen,* Attorney General of Alabama, and *John O.*